DATE: 12/31/2020
HOUR: 9:47am
DEPUTY SHERIFF: [signature]

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR, SEMINOLE COUNTY, FLORIDA

CASE NO. 20CA3040

CRYSTAL KINLER,

        Plaintiff,

CIVIL DIVISION

vs.

WAL-MART STORES, INC. #3207,

        Defendant,

CT Corporation System as Registered agent for Wal-Mart

## COMPLAINT

**COMES NOW** Plaintiff, CRYSTAL KINLER, a Seminole County, Florida resident, hereby sues Defendant, WAL-MART STORES, INC., a Profit Corporation, (hereinafter "WAL-MART") and for her cause of action alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of One-Hundred Thousand Dollars ($100,000.00), exclusive of interest, costs, and attorney's fees.

2. That all times material hereto, Plaintiff, CRYSTAL KINLER, was a resident of Seminole County, Florida, with a home address of 3101 Bentonshire Place, Longwood, Florida 32779, and is sui juris.

3. That at all times material hereto, Defendant, WAL-MART, was and is a Profit Corporation organized and existing under the laws of the State of Florida, with a principal business address of 1601 Rinehart Road, Sanford, FL 32771.

1

4. That at all times material hereto, Defendant, WAL-MART, owned and/or operated WAL-MART store #3207, located at 1601 Rinehart Road, Sanford, FL 32771.

5. The incident which is the subject matter of this litigation occurred in Seminole County, Florida.

6. This Honorable Court has jurisdiction over this lawsuit in that the Plaintiff, CRYSTAL KINLER, at the time of the incident resided in Seminole County, Florida, the incident which is the basis of this lawsuit took place in Seminole County, Florida, and this is an action for money damages for the Plaintiff, CRYSTAL KINLER, against the Defendant, WAL-MART, exceeding One-Hundred Thousand Dollars ($100,000.00).

## COUNT 1

### NEGLIGENCE OF DEFENDANT, WAL-MART, INC.

7. Plaintiff, CRYSTAL KINLER, realleges the allegations in Paragraph One (1) through Six (6) of this Complaint and incorporates them herein.

8. That on or about February 7, 2017, at approximately 9:23 p.m., CRYSTAL KINLER was a business invitee at WAL-MART Store #3207, located at 1601 Rinehart Road, Sanford, Florida 32771, owned and/or operated by the Defendant, WAL-MART, and was lawfully on the premises for the purpose of shopping.

9. That after shopping for approximately thirty (30) minutes, the Plaintiff, CRYSTAL KINLER, went to the aisle with canvased framed art looking for a picture to decorate her new home. While bent over sorting through the pictures the entire shelf collapsed landing on top of the Plaintiff, CRYSTAL KINLER, which caused a systemic bodily injury.

10. That Plaintiff, CRYSTAL KINLER, fell forward, hitting the floor after the shelving and pictures struck her on top of the head, neck, and back. This incident was due to the negligent acts and omissions of Defendant, WAL-MART, in that it negatively created a dangerous or negligent condition, to wit:

   A. By failing to provide a safe environment for a business invitee to shop for framed art;

   B. In failing to keep the said premises in a safe and proper condition for the use of its business invitees; and

   C. In failing to warn the Plaintiff, CRYSTAL KINLER, of the dangerous condition of said failure to keep the premises in a safe condition, which caused the shelving and pictures to fall where the Plaintiff, CRYSTAL KINLER, was shopping.

11. That at the time and place aforesaid, the Defendant, WAL-MART, so recklessly or negligently maintained, operated or controlled said premises as to cause the Plaintiff, CRYSTAL KINLER, to be injured thereon at a time when the Defendant, WAL-MART, caused the premises to be unsafe, and knew, or by the exercise of ordinary care, should have known, that the said area was not in a reasonably safe condition commensurate with the circumstances of its use by patrons, or in the alternative;

12. At the aforesaid time and place the Defendant, WAL-MART, failed to exercise proper care in maintaining the said area in a safe condition, or in the alternative;

13. Employed incompetent, inexperienced, unskilled or careless employees and/or failed to exercise proper supervision of said employees in maintaining the said area in a proper, safe condition, thereby causing serious injuries to the Plaintiff, CRYSTAL KINLER, as herein alleged, or in the alternative;

14. That at the time and place aforesaid, the Defendant, WAL-MART, knew or should have known of the existence of the dangerous environment and shelving hazard of placing too many pictures and exceeded the weight capacity designed for the shelving. The Defendant, WAL-MART, failed under its duty to both secure the area or warn business invitees of said dangerous condition, or in the alternative; the Defendant, WAL-MART's employees should have known of the existence of the "dangerous environment" in the area, and in the exercise of their duty to maintain the said area in a reasonably safe condition for the invitees' use, so carelessly and negligently maintained said area that it was, in fact, a hazard, and it caused the Plaintiff, CRYSTAL KINLER, to fall violently under the weight of the shelving and pictures substantially injuring herself.

15. That as direct and proximate result of the said negligence by Defendant, WAL-MART, the Plaintiff, CRYSTAL KINLER, has suffered bodily injury, resulting pain and suffering, disability, mental anguish and loss of earnings and has incurred substantial medical expenses for treatment and care, past, present and future. Said losses, injuries, and expenses are either permanent or continuing in nature and Plaintiff, CRYSTAL KINLER, will continue to suffer same in the future.

**WHEREFORE**, Plaintiff, CRYSTAL KINLER, demands judgement for damages against Defendant, WAL-MART, in an amount exceeding One-Hundred Thousand Dollars ($100,000.00) together with the costs of this action.

### DEMAND FOR JURY TRIAL

Plaintiff, CRYSTAL KINLER, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

RESPECTFULLY submitted this 9th day of December, 2020.

_____
**CRYSTAL KINLER**
3101 Bentonshire Place
Longwood, FL 32779
Telephone: (407) 878-3060
Cell: (225) 456-1412
Fax: (407) 878-3060
Email: ckinler75@gmail.com

5